**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| THOMAS GUERRERO, | ) CASE NO. CV 06-04476 PSG (RZ) |
|---|---|
| Petitioner, | ) |
| | ) JUDGMENT |
| vs. | ) |
| JOHN MARSHALL, WARDEN, | ) |
| Respondent. | ) |

This matter came before the Court on the Petition of THOMAS GUERRERO for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 08/11/08

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE